Filed 7/6/21  P. v. Riosescalera CA4/1
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D078505 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCE373822) |
| JAZMIN RENE RIOSESCALERA, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Robert O. Amador and John M. Thompson, Judges.  Affirmed.

Leslie Ann Rose, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In June 2019, Jasmin Riosescalera, pleaded guilty to driving under the influence of alcohol causing injury (Veh. Code,[1] § 23153, subd. (a)) and admitted the enhancement for causing bodily injury or death to one or more

_____

[1]     All further statutory references are to the Vehicle Code unless otherwise specified.

victims (§ 23558) and personal infliction of great bodily injury (Pen. Code, § 12022.7, subd. (a)).

In November 2019, the court sentenced Riosescalera to a term of five years four months in prison. The court stayed the execution of the sentence and granted formal probation. Riosescalera did not appeal the sentence, the guilty plea or obtain a certificate of probable cause.

The court revoked and reinstated probation in December 2019. The court formally revoked probation on December 21, 2020. The court vacated the stay of the prison sentence and committed Riosescalera for the previously ordered term.

Riosescalera filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*. We offered Riosescalera the opportunity to file her own brief on appeal, but she has not responded.

STATEMENT OF FACTS

In her change of plea, Riosescalera stated that she "drove a vehicle under the influence causing great bodily injury to more than one person in the other vehicle."

DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders)*, counsel has identified the following possible issues that were considered in evaluating the potential merits of this appeal:

1. Was Riosescalera's guilty plea constitutionally valid?

2

2. Was there sufficient factual basis for the plea?

3. Were Riosescalera's credits calculated correctly?

4. Was Riosescalera's attorney ineffective?

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Riosescalera on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, Acting P. J.

WE CONCUR:

AARON, J.

DO, J.

3